# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lorayne Steinleitner, Steven Steinleitner, | Civil No. 07-3685 (RHK/AJB) |
| Plaintiffs, | **ORDER OF DISMISSAL WITHOUT PREJUDICE OF C.B. FLEET HOLDING COMPANY, INCORPORATED** |
| vs. | |
| C.B. Fleet Holding Company, Incorporated, a Virginia corporation; C.B. Fleet Company, Inc., a Virginia corporation; Wal-Mart Pharmacy, a Delaware corporation, and DOES 1 through 100, | |
| Defendants. | |

Based on the Stipulation between the parties, **IT IS ORDERED** that Plaintiffs' Complaint against C.B. Fleet Holding Company, Incorporated, only, is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated: October 3, 2007

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge