## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lorayne Steinleitner, Steven Steinleitner, | Civil No. 07-3685 (RHK/AJB) |
| Plaintiffs, | **<u>ORDER OF DISMISSAL<br>WITHOUT PREJUDICE<br>OF WAL-MART PHARMACY</u>** |
| vs. | |
| C.B. Fleet Holding Company, Incorporated, a Virginia corporation; C.B. Fleet Company, Inc., a Virginia corporation; Wal-Mart Pharmacy, a Delaware corporation, and DOES 1 through 100, | |
| Defendants. | |

Based on the Stipulation (Doc. No. 37) between the parties, **IT IS ORDERED** that

Plaintiffs' claims against Wal-Mart Pharmacy are hereby **DISMISSED WITHOUT**

**PREJUDICE** and without costs to any party.

Dated: February 6, 2008

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge